**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BRPS LLC, | No. CV-18-08249-PCT-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Tenney Realty Services LLC, | |
| Defendant. | |

On April 12, 2021, the Court ordered the parties to file a status report no later than April 23, 2021.  Nothing was filed.  The record contains no indication why the parties have concluded they are free to ignore Court Orders.  The Supreme Court established "an order issued by a court with jurisdiction over the subject matter and person must be obeyed by the parties until it is reversed by orderly and proper proceedings."  *United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947).  The Court is not aware of new authority which allows parties to ignore Orders.  The Court will require, again, the parties to submit a status report.  This time the parties are also to explain the basis for their refusal to comply with the April 12, 2021 Order.

Accordingly,

…

…

…

…

**IT IS ORDERED** no later than **May 5, 2021**, the parties shall file a status report as required by the April 12, 2021 Order. The parties shall also file an explanation for their noncompliance with the April 12, 2021 Order.

Dated this 30th day of April, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge